# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

REBECCA L. ALLEN

INFORMATION

3:07mj 297

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

That between on or about April 24, 2006 and on or about August 25, 2007, in the Northern District of Florida, the defendant,

**REBECCA L. ALLEN,**

did embezzle, steal, purloin and knowingly convert to her own use, property of the United States of a value less than One Thousand Dollars ($1,000.00), to wit: Navy Exchange merchandise and cash, in violation of Title 18, United States Code, Section 641.

_____
GREGORY R. MILLER
United States Attorney

10/N/07
DATE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 15 AM 11: 52

FILED